JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.O., a minor, by and through his Guardian Ad Litem, K.A.,<br><br>Plaintiff,<br><br>v.<br><br>LOS ANGELES UNIFIED SCHOOL DISTRICT; AND DOES 1 through 10,<br><br>Defendants. | CASE NO. CV 14-04384-MWF (JEMx)<br><br>**ORDER AND JUDGMENT GRANTING APPROVAL OF THE MINORS' COMPROMISE** |

This Court, having considered the Motion for an Order Approving Minor's Compromise of Pending Action (the "Motion"), filed by Plaintiff A.O., by and through his mother and guardian ad litem, K.A. on February 2, 2015 (Docket No. 24), and finding **GOOD CAUSE** as set forth in the concurrent Order Granting Motion for an Order Approving Minor's Compromise of Pending Action,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** as follows:

1. The Motion is **GRANTED**.
2. The settlement of minor A.O. in the total amount of $125,000.00, is **APPROVED** as fair and reasonable.

3. The division of the settlement of $93,500 for Plaintiff A.O. and $31,500 in attorneys' fees is also approved as fair and reasonable, and the attorneys' fees in this matter are accordingly **APPROVED**.

4. Within twenty-one (21) days of the date this Order and Judgment is entered on the docket, Defendants, through counsel, shall prepare and deliver a check for the settlement of the claims of minor Plaintiff A.O., payable as set forth herein.

5. The amount attributable to Plaintiff shall be placed into the Planned Lifetime Assistance Network (PLAN) of California Master Pooled Trust, with the Proxy Parent Foundation as the trustee.

6. Counsel for Plaintiff A.O. must deliver to the trust at the time of deposit of the check a copy of this Order and Judgment.

DATED: March 2, 2015.      _____
MICHAEL W. FITZGERALD
United States District Judge